UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:  
Aldrich, Walter  
   debtor(s)  

_____/

Case number 05-49844-M

Chapter 7

Hon. Marci B. McIvor

## NOTICE OF UNCLAIMED DIVIDEND

TO THE CLERK OF THE COURT:

The attached check in the amount of $12,214.23 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 USC 347 (a). The name of each of the parties entitled to these unclaimed dividends is as follows:

| Creditor name | Claim No. | Dividend Amt. |
|---|---|---|
| First National Bank & Trust | 1 | $12,214.23 |

Dated: 5/1/2008

/s/ Douglas S. Ellmann  
Douglas S. Ellmann, Trustee  
308 West Huron  
Ann Arbor, MI 48103  
734-668 4800