UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

MICHIGAN HEALTH CARE CORPORATION,
AURORA HOSPITAL FOR CHILDREN,
THE MICHIGAN HOSPITAL AND MEDICAL CENTER,
MONTGOMERY HOSPITAL,
PHYSICIAN SERVICES CORPORATION,

Debtors.
_____/

Chapter 7
Case No. 95-43295
(Substantively
Consolidated
Debtors)
Hon. Thomas J.
Tucker

**MOTION FOR ORDER AUTHORIZING HOMER W. McCLARTY TO ENTER
INTO CONTRACT WITH K-LAW CONSULTING TO RECOVER ASSETS,
AND TO PAY CONTRACTUAL AMOUNTS FROM PROCEEDS,
<u>WITHOUT FURTHER ORDER OF THE COURT</u>**

Trustee, Homer W. McClarty, (hereafter "Trustee") by his counsel, Erman, Teicher, Miller, Zucker & Freedman, P.C., states for his Motion for Authorization to Enter intro Contract with K-Law Consulting to Recover Assets, and to Pay Contractual Amounts From Proceeds Without Further Order of the Court, Pursuant to, as follows:

1. Homer W. McClarty was the duly appointed Chapter 7 Trustee of within case.

2. Trustee administered all known assets of the estate and made distribution to all known creditors. The case was closed and Homer W. McClarty was discharged as trustee.

3. K-Law Consulting (hereinafter "K-Law"), contacted Trustee indicating that they knew of substantial assets that should be part of the instant bankruptcy proceeding, which remain unrecovered, and which were unknown to the Trustee at the time of the closing of the case.

4. The Trustee's counsel, Erman, Teicher, Miller, Zucker & Freedman, P.C., contacted Debtor's counsel in these proceedings, performed an extensive search through all known avenues based upon the information provided by K-Law Consulting to determine whether the assets could

be recovered without the benefit of K-Law. Despite diligent efforts, no such assets were uncovered.

5. The Trustee has reopened the case to pursue recovery of the assets and distribute any proceeds.

6. K-Law has agreed to pursue the recovery of the assets on a contingent fee of 25%. A copy of the proposed asset recovery memorandum is attached hereto as Exhibit 6. Pursuant to the terms of the contract, no fee is due unless assets are recovered.

WHEREFORE, Trustee prays this Honorable Court enter its Order Authorizing the Trustee to enter into the attached contract with K-Law Consulting to recover previously undisclosed assets of the estate, and to pay K-Law a contingent fee of 25% of any assets recovered, as set forth in this contract.

Respectfully submitted,

ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.

By: */s/ David M. Miller*
David M. Miller (P36601)
Counsel for Trustee
400 Galleria Officentre, Suite 444
Southfield, MI 48034
Tel: (248) 827-4100
dmiller@ermanteicher.com

Dated: March 10, 2011

F:\7-12-13\MHCC\Motion Authorizing employment of K-Law Consulting 2-21-2011.docx

# INDEX OF EXHIBITS

EXHIBIT 1            Proposed Order

EXHIBIT 2            Notice of Motion

EXHIBIT 4            Certificate of Service

EXHIBIT 6-A          Documentary Exhibit

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

MICHIGAN HEALTH CARE CORPORATION,
AURORA HOSPITAL FOR CHILDREN,
THE MICHIGAN HOSPITAL AND MEDICAL CENTER,
MONTGOMERY HOSPITAL,
PHYSICIAN SERVICES CORPORATION,

Debtors.
_____/

Chapter 7
Case No. 95-43295
(Substantively
Consolidated
Debtors)
Hon. Thomas J. Tucker

## ORDER AUTHORIZING HOMER W. McCLARTY TO ENTER INTO CONTRACT WITH K-LAW CONSULTING TO RECOVER ASSETS, AND TO PAY CONTRACTUAL AMOUNTS FROM PROCEEDS, WITHOUT FURTHER ORDER OF THE COURT

This matter is before the Court on the Motion of Trustee [Docket No. ____]. The Court has reviewed the Trustee's Motion for Order Authorizing Homer W. McClarty to Retain K-Law Consulting to Recover Assets, and to Pay Contractual Amounts Provided for in the Contract without Further Order of the Court (the "Motion"), and being otherwise fully advised in the premises, the Court finds that there is good cause for the relief requested by the Motion.

Now, therefore,

IT IS HEREBY ORDERED that the Trustee is authorized to Enter into a Contract with K-Law Consulting to Recover Assets (as attached to the Motion); and

IT IS FURTHER HEREBY ORDERED that the Trustee is authorized to pay contractual amounts provided for in the contract from proceeds recovered, without further order of this Court.

# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

MICHIGAN HEALTH CARE CORPORATION,
AURORA HOSPITAL FOR CHILDREN,
THE MICHIGAN HOSPITAL AND MEDICAL CENTER,
MONTGOMERY HOSPITAL,
PHYSICIAN SERVICES CORPORATION,

          Debtors.

Chapter 7
Case No. 95-43295
(Substantively
Consolidated
Debtors)
Hon. Thomas J. Tucker

_____/

**NOTICE OF OPPORTUNITY TO RESPOND OR REQUEST HEARING PURSUANT TO LBR 9014-1 UPON TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO ENTER INTO CONTRACT WITH K-LAW CONSULTING TO RECOVER ASSETS, AND TO PAY CONTRACTUAL AMOUNTS FROM PROCEEDS, WITHOUT FURTHER ORDER OF THE COURT**

    PLEASE TAKE NOTICE the Trustee has filed his Motion for Order Authorizing Homer W. McClarty to Enter Into Contract with K-Law Consulting to Recover Assets, and to Pay Contractual Amounts from Proceeds without Further Order of the Court. A copy of the Motion is attached hereto.

    <u>Your rights may be affected.</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you want the Court to consider your views on the Motion, within 14 days, you or your attorney must:

    1.    File with the Court a written objection to the Motion[1], explaining your position at:

        United States Bankruptcy Court
        211 W. Fort Street - 21st Floor
        Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it within the 20 day time period set forth above.

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c), and (e).

You must also mail a copy to:

David M. Miller, Esq.
Erman, Teicher, Miller, Zucker & Freedman, P.C.
400 Galleria Officentre, Ste. 444
Southfield, MI 48034

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Respectfully submitted,

ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.

By: /s/ David M. Miller
David M. Miller (P36601)
Counsel for Trustee
400 Galleria Officentre, Ste. 444
Southfield, MI 48034
(248) 827-4100

Dated: March 10, 2011

# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

MICHIGAN HEALTH CARE CORPORATION,
AURORA HOSPITAL FOR CHILDREN,
THE MICHIGAN HOSPITAL AND MEDICAL CENTER,
MONTGOMERY HOSPITAL,
PHYSICIAN SERVICES CORPORATION,

Debtors.
_____/

Chapter 7
Case No. 95-43295
(Substantively
Consolidated
Debtors)
Hon. Thomas J. Tucker

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused papers to be served as follows:

Document served: Motion for Order Authorizing Homer W. McClarty to Enter Into Contract with K-Law Consulting to Recover Assets; proposed order; Notice of Motion; Certificate of Service

Served on: All counsel of record who receive automatic ECF filings from the Court (via notice from the Court); and all those on the Court's Label Matrix for this case, including the Debtor, the U.S. Trustee, unsecured and secured creditors

Document Served: Notice of Motion for Order Authorizing Homer W. McClarty to Enter Into Contract with K-Law Consulting to Recover Assets

Served on: Those listed on ECF who do not receive automatic ECF filings (see attached list)

Method of service: First Class U.S. Mail

Date served: March 10, 2011

/s/ David M. Miller
David M. Miller (P36601)
Erman, Teicher, Miller, Zucker & Freedman, P.C.
Counsel for Trustee
400 Galleria Officentre, Ste. 444
Southfield, MI 48034
(248) 827-4100

Beverly Allen
Omni Care Health Plan
1155 Brewery Park Blvd. #200
Detroit, MI 48207

Susan A. Harris, Esq.
Asst. Attorney General
1200 Sixth Street
#1500
Detroit, MI 48226

Douglas A. Firth, Esq.
1607 E. Big Beaver Road
Suite 320
Troy, MI 48083

Amerisource-Bergen
6305 LaSalle Drive
Lockbourne, OH 43137-9280

Joel D. Applebaum, Esq.
Pepper Hamilton
100 Renaissance Center #3600
Detroit, MI 48243-1157

Alex Remickl, Esq.
Rosen & Lovell, P.C.
25505 W. 12 Mile Road Suite 1000
Southfield MI 48034-1811

Linda C. Scheuerman, Esq.
16975 Peninsula Drive
Traverse City, MI 49686

Bernard J. O'Neil
Chief Operating Officer
Michigan Health Care
105 Continental Place
Brentwood, TN 37027

Phyllis A. James Esq.
City of Detroit Law Dept.
660 Woodward Ave., #1650
Detroit, MI 48226-3491

Dr. Richard Brown
1200 Ardmoor Drive
Blmfld Hills, MI 48301

Janet Henderson, Esq.
Sidley & Austin
One First National Plaza
Chicago, IL 60603

David K. Foust, Esq.
Asst. Attorney General
1800 Michigan Plaza
1200 Sixth Avenue
Detroit, MI 48226

Homer W. McClarty, Esq.
Morgan & McClarty, P.C.
24400 Northwestern Hwy.
Suite 204
Southfield, MI 48075

Mayer Morganroth, Esq.
Morganroth & Morganroth
3000 Town Center
Ste. 1500
Southfield, MI 48075

Thomas G. Werner, Esq.
8078 Rene
White Lake, MI 48386

Jonathan S. Green, Esq.
Miller, Canfield, et al
150 W. Jefferson
Ste. 2500
Detroit, MI 48226-4415

Ms. Victoria Pavlick
Asst. Vice President
Bank One Ohio Trust Co.
100 East Broad St.
Columbus, OH 43271-0181

Ernst & Young LLP
One Detroit Center
500 Woodward Avenue
Ste. 1700
Detroit, MI 48246

Miles Hart, Esq.
Hertz, Schram & Saretsky
1760 South Telegraph Road
Suite 300
Bloomfield Hills, MI 48302

George P. Dakmak, Esq.
Robert A. Peurach, Esq.
Fitzgerald & Dakmak, P.C.
615 Griswold
Ste. 600, Ford Bldg.
Detroit, MI 48226

Bruce R. Zirinsky, Esq.
Deryk A. Palmer, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Claretta Evans, Esq.
Office of the U.S. Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226

Philip J. Shefferly, Esq.
Shefferly & Silverman
7115 Orchard Lake Road, Ste. 500
West Blmfield, MI 48322

Kay Sifferman
Moody's Investors Service
99 Church St.
New York, NY 10007

Barbara Altman
Dept Health/Human Services
Chicago, IL 60607

Sheryl L. Toby, Esq.
Honigman, Miller
2290 First National Bldg.
Detroit, MI 48226-3583

Kurt M. Carlson, Esq.
Comerica Bank
P. O. Box 75000
500 Woodward, 33rd Fl.
Detroit, MI 48275-3391

Saul A. Green, Esq.
Julia Caroff Pidgeon, Esq.
U.S. Attorney's Office
211 W. Fort St, S. 2300
Detroit, MI 48226

Timothy A. Fusco, Esq.
Charles Taunt & Assoc.
700 E. Maple
Birmingham, MI 48009

Scott Tipa, Collections
Butzel Long
150 W. Jefferson, Ste. 900
Detroit, MI 48226-4430

Jay L. Cohen, Esq.
The Chevy Chase Bldg.
Suite 1110
5530 Wisconsin Avenue
Chevy Chase, MD 20815

Michael J. Sharpe
3146 Penobscot Bldg.
645 Griswold Street
Detroit, MI 48226

Darwyn P. Fair & Assoc.
ATTN: Darwyn P. Fair
615 Griswold Ave., S. 320
Detroit, MI 48226

Estate of Aleen Brown,
Anita Garrett and K Burns
c/o Paul H. Steinberg
24901 Northwestern, S 313
Southfield, MI 48075

George F. Hill, Esq.
c/o Consumers Power Co.
212 Michigan Avenue
Jackson, MI 49201

Lee I. Turner
Turner & Turner
26000 W. 12 Mile
Southfield, MI 48034

Estates of Aleen Brown,
Anita Garrett, and K Burns
c/o Cyril Weiner, Esq.
3000 Town Center, #1800
Southfield, MI 48075-1311

Imelda P. Limchoa
5609 Silver Pond
W. Bloomfield, MI 48322

Andrew J. Munro
363 W. Big Beaver Road
Suite 450
Troy, MI 48084-5350

Bill Angelowitz
Daily Insights, Inc.
225 West 34th St., S. 700
New York, NY 10122

Euel W. Kinsey, Esq.
McKeen & Associates
645 Griswold St.
42nd Floor Penobscot
Detroit, MI 48226

Gerald W. Van Wyke
Ufer & Spaniola PC
5440 Corporate Dr, S 250
Troy, MI 48098-2648

Charles R. Moyer, Esq.
Unisys Corporation
MS C1SW19
Blue Bell, PA 19424

Linda Pytel McDowell
Asst. Attorney General
7310 Woodward Avenue
Detroit, MI 48202

S. Thomas Wienner, Esq.
Feeney Kellett Wienner
950 W. University Drive
Suite 350
Rochester, MI 48307-1887

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

Jeffrey N. Shillman, Esq.
Sommers, Schwartz
2000 Town Center
Ste 900
Southfield, MI 48075

Jerome B. Meites, Esq.
McDermott, Will & Emery
227 W. Monroe St, S. 3100
Chicago, IL 60606

Eric J. Wexler, Esq.
Raymond & Prokop, P.C.
P. O. Box 5058
Southfield, MI 48086-5058

Kenneth A. Nathan, Esq.
Nathan & Nathan
260 Franklin Center
29100 Northwestern Hwy.
Southfield, MI 48034

Ronald S. Beacher, Esq.
Oppenheimer, Wolff
45 S. 7th St., Ste. 3300
Minneapolis, MN 55402-1650

Special Procedures, IRS
P. O. Box 330500, Stop 47
Detroit, MI 48232

John R. Paliga, Esq.
Pension Benefit Guaranty
1200 K Street, N.W.
Washington, D.C. 20005

Michael W. Bartnik, Esq.
101 W. Big Beaver Rd. #1400
Troy, MI 48084-5253

Richard J. Behm, Esq.
Pelavin & Powers, P.C.
200 Phoenix Building
Flint, MI 48502

Thomas G. McHugh
Thomas G. McHugh, P.C.
93 S. Main
P. O. Box 128
Mt Clemens, MI 48046-0128

Ms. Barbara Clark
Clark Consulting
3520 N. Sand Lake Road
Allen, MI 49227

Eugene W. Pyatenko, Esq.
Cummings McClorey et al
33900 Schoolcraft Rd, #G-1
Livonia, MI 48150

Michael Pianin, Esq.
Pearlman and Pianin
24725 W. Twelve Mile Rd.
Suite 220
Southfield, MI 48034

Joseph A. Hrabik, Esq.
Limbach Company
31 35th Street
Pittsburgh, PA 15201

Jay S. Kalish, Esq.
Jay S. Kalish & Assoc.
31731 Northwestern Hwy
Suite 152
Farm. Hills, MI 48334

Stanley L. deJongh, Esq.
City of Detroit Law Dept.
1650 First National Bldg.
Detroit, MI 48226

Robert S. Hertzberg, Esq.
Pepper Hamilton LLP
100 Renaissance Center
#3600
Detroit, MI 48243

# EXHIBIT 6 - A

## ASSET RECOVERY MEMORANDUM
(To Be Executed In Duplicate)

**THE BANKRUPTCY ESTATE OF MICHIGAN HEALTH CARE CORPORATION, et al,** and **HOMER MCCLARTY**, Trustee (jointly and individually referred to as "Client"), understands and acknowledges that **K-LAW CONSULTING** (186 Tapwood Ln: Cibolo, Tx 78108), by way of its services, has identified certain unadministered insurance proceeds and/or cash assets totaling a minimum of $400,000.00 that appear to belong to the bankruptcy estate of Michigan Health Care Corporation, now closed, in which Client and/or its predecessor provided representation to that bankrupt estate and completely-out-of-business corporate entity, and

**For valuable consideration,** or the promise of valuable consideration, equal to 75% of the successfully recovered Asset, Client hereby authorizes K-Law to recover the Asset, as follows:

**K-Law** shall be entitled to a contingency fee of 25% of the recovered Asset as its fee for the services to be provided hereunder (which fee is payable solely from the recovered Asset) and K-Law is solely responsible for the out-of-pocket costs and expenses, including filing fees, processing fees, bonding fees, and legal fees for attorneys that K-Law retains to recover the Asset.

**K-Law** shall disclose the details about the Asset, including its origin and location, within 72 hours of the Court's approving this agreement (if Court approval is deemed by Client to be necessary), and this instrument shall be considered effective with respect to the Asset so long as Client does not have any active or current recovery application or demand in place on the date of execution of this instrument for the recovery of the Asset, and this instrument shall become null and void only if K-Law specifically fails to identify the asset within 72 hours of this agreement's complete execution or Court approval thereof (whichever is later).

**Client** understands that once it learns the location, nature and type of the Asset, the fee charged by K-Law for its information and services shall be deemed fully earned (subject only to subsequent collection of the Asset) and upon such collection, such fee shall be paid to K-Law's attorney (whether paid directly to Client or some other entity for Client's account)

**Upon receipt of the relevant Asset information, including its location and the holder thereof,** then Client shall utilize its sole discretion on whether to file a motion or request with the relevant bankruptcy court for approval of this agreement so that the Asset may be recovered, <u>and if such a motion or request is otherwise made to the Court, then a copy of this Asset Recovery Memorandum shall be submitted to the Court for its consideration</u>.

**IF NO FUNDS ARE RECOVERED, NO FEE IS DUE.**

**IN WITNESS WHEREOF**, the parties set their hands and seals, under penalty of perjury, as follows:

DATE: _____, 2010                DATE: _12-18_, 2010

By_____                BY_____
Homer McClarty, Trustee                  Karen Law, Owner & Agent
24400 Northwestern, Ste 204              K-Law Consulting
Southfield, MI 48075                     186 Tapwood Ln
Tel: 248.352.7686                        Cibolo, Tx 78108
                                         Tel: 206-333-0883
                                         Fax: 206-426-1291
FORMER TRUSTEE FOR THE                   Email: klawconsulting@gmail.com
BANKRUPTCY ESTATE OF MICHIGAN
HEALTH CARE CORPORATION