UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Michigan Health Care Corporation,    Case No. 95-43295-TJT
                                     Chapter 7
             Debtor.       Hon. Thomas J. Tucker
_____/

# EX PARTE APPLICATION FOR ORDER APPROVING
# TRUSTEE'S EMPLOYMENT OF PRIVATE DETECTIVE AGENCY

## Jurisdiction

1. Homer W. McClarty is the Chapter 7 Trustee of the Debtor's bankruptcy estate.

2. The Trustee files this application under 11 U.S.C. §§ 327 and 328, Fed. R. Bankr. P. 2014, and L.B.R. 2014-1 (E.D.M.).

3. This is a core proceeding over which this Court has jurisdiction. *See* 28 U.S.C. §§ 157(b)(2)(A) and 1334.

## Background

4. This case was filed under Chapter 11 of the U.S. Bankruptcy Code on March 31, 1995. The case converted to a case under Chapter 7 on March 11, 1998. Assets were administered, and the case was closed on December 19, 2007.

5. In December 2018, the Trustee was contacted by Assets International, LLC, a licensed and regulated private detective agency, which specializes in

locating and recovering lost assets for both businesses and individuals. Assets International informed the Trustee that it had located in excess of $125,000 in cash assets of the Debtor (the "Assets"). The case was reopened on February 21, 2019, to pursue the Assets.

## Employment of Assets International[1]

6.     Assets International has agreed to disclose the nature and location of the Assets and recover the Assets for a fee of 25% of the value of the assets recovered. A copy of Assets International's retention agreement is attached as Exhibit B.

7.     Further information about Assets International and its officers is contained in Exhibit C.

8.     A Declaration of Disinterestedness that complies with 11 U.S.C. § 327(a) and discloses all connections of Asset International and its associates with the Debtor, creditors, or any other party in interest, and their respective attorneys and accountants and the United States Trustee's office is attached as required by Fed. R. Bankr. P 2014 and L.B.R. 2014-1 (E.D.M.) (Exhibit D).

---

[1] A proposed order is attached as Exhibit A.

**Request for Order**

The Trustee respectfully requests that this Court enter an order approving the Trustee's employment of Assets International, LLC and granting such further relief as this Court deems appropriate.

Steinberg Shapiro & Clark

/s/ Tracy M. Clark (P60262)
Attorney for Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
clark@steinbergshapiro.com

Date: August 9, 2019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Michigan Health Care Corporation,   Case No. 95-43295-TJT
                                    Chapter 7
                Debtor.             Hon. Thomas J. Tucker
_____/

# EXHIBIT LIST

| Exhibit | Description |
|---------|-------------|
| A | Proposed order |
| B | Retention agreement |
| C | Further information on Assets International |
| D | Declaration of Disinterestedness |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Michigan Health Care Corporation,   Case No. 95-43295-TJT
                                    Chapter 7
              Debtor.       Hon. Thomas J. Tucker
_____/

# EX PARTE ORDER APPROVING TRUSTEE'S EMPLOYMENT OF PRIVATE DETECTIVE AGENCY

This matter came before the Court on the Trustee's ex parte application to employ private detective agency Assets International, LLC. The Court has reviewed the application and is satisfied that the same is in good order. The Court is otherwise fully advised in the premises.

IT IS ORDERED as follows:

A.    The Trustee's employment of Assets International, LLC under 11 U.S.C. § 328 a contingency fee basis of 25% of the value of the cash assets recovered by Assets International, LLC is approved.

B.    All compensation sought by Assets International, LLC is conditioned upon court approval.

# Assets International

AN AWARD
apg member | BBB ACCREDITED BUSINESS | IAPPR
WINNING COMPANY

## AGREEMENT

This Agreement is entered into as of December 31, 2018, between Homer McClarty, as Trustee on behalf of Michigan Health Care Corporation, ("You") and Assets International, L.L.C. ("Us" or "We").

### What We Will Do
We will disclose the nature and location of the Assets that You have legal entitlement to (the "Assets"). We will actively and vigorously recover the Assets for You. We will only request You to complete and return to Us documents that are necessary for the recovery of the specific Assets we have located.

### What You Will Do
You will cooperate with Us to complete the recovery, including promptly signing and returning to Us necessary papers We subsequently send to You that are required to recover the Assets on your behalf.

### Service Fees & Other Costs
**In exchange for disclosing the nature and location of the Assets, We will - upon recovery of the Assets - receive an assignment of 25% of the Assets' value (the "Commission").**

You will not be responsible for any costs whatsoever.

### Miscellaneous Items & Severability
If you fully cooperate with Us in the recovery as outlined above and We are unsuccessful in recovering the Assets, You would not owe Us anything for our time, effort or expenses including any advanced fees that have been already paid for outside counsel.

You may use the information We disclose to verify our legitimacy. You may not use this information to recover the Assets without our involvement. If You recover the Assets without our involvement, You will still owe Us the Commission.

If a court determines that any portion of this Agreement is invalid, that decision will not affect the remainder of the Agreement. Any changes to this Agreement must be in writing with both parties' signatures.

"You"  
*CLIENT'S COPY*  
_____  
By: Homer McClarty, as Trustee on  
behalf of Michigan Health Care Corporation  
Date:_____

"Us"  
_____  
By: Michael J. Zwick  
Its: President  
Date: December 31, 2018

*Preferred Phone #: _____  
*Preferred Email: _____

Preferred Day/Time for Calling:_____  
Can you print documents if emailed to you? _____

Which is your preferred method of communication: Email or Phone? _____  
*This information is only used for purposes of recovery of the Assets.*

If an authorized individual is signing on your behalf, please also attach a copy of a document reflecting that authorization, such as a duly-executed Power of Attorney, court order, letters of authority or guardianship, etc.

File ID: 387216 -S

26211 Central Park Blvd., Suite 606 • Southfield, Michigan 48076  
Office: 248-557-4960 • Toll Free: 877-327-4199 • Fax: 248-557-4571 or 248-928-0533  
www.assets-international.com

95-43295-tjt    Doc 4817    Filed 08/09/19    Entered 08/09/19 10:39:45    Page 6 of 10




AN AWARD WINNING COMPANY

- Assets International has recovered over 80 million dollars for its clients since its inception in 2001. In 2017 alone, Assets International recovered over 13 million dollars for hundreds of clients.

- Assets International's client list includes many individuals, organizations and businesses. Among its most prestigious clients are 7-Eleven, the American Heart Association, Dow Chemical, JPMorgan Chase & Co., Microsoft, Rockwell Automation, Sony Corporation, University of Michigan, and Westinghouse Electric.

- Assets International has located beneficiaries of assets throughout the United States as well as in many foreign countries, including Argentina, Aruba, Australia, China, Germany, Haiti, India, Israel, Italy, Latvia, Saudi Arabia, Switzerland and many, many others.

- Assets International, a licensed Private Investigation agency, is rated A+ by the Better Business Bureau, a member of the Association of Professional Genealogists, a founding member of the International Association of Professional Probate Researchers, and a two-time awardee of Inc. magazine's 5000 fastest-growing private companies in America.

- Assets International has received extensive attention for its professionalism in this unique industry. Media outlets that have covered us include ABC News, CNBC, Fox News, Inc. magazine, Detroit Free Press, The Detroit News, the Washington Post and numerous others both nationally and in local markets throughout the country.

- Assets International, looking to meet the growing needs of its clients, has several on-staff multilingual professional genealogists from around the world, giving it an increased ability to find beneficiaries of all sorts, including mineral rights owners and their heirs.

- Assets International's legal staff is licensed in numerous states and maintains close relationships with licensed attorneys and private investigators throughout the United States and around the world.

26211 Central Park Blvd., Suite 606  •  Southfield, Michigan 48076
Office: 248-557-4960  •  Toll Free: 877-327-4199  •  Fax: 248-557-4571 or 248-928-0533
www.assets-international.com



# Assets International

## is proud to be a Better Business Bureau Accredited Business



BBB Business Review Reliability Report for

### Assets International, LLC

A BBB Accredited business since 5/2/2008

### BBB Rating: A+
### Complaint Free History
#### Since 2008

## What Does This Mean for You?

Assets International has been a BBB Accredited Business since May 2008. This means we support BBB's services to the public and meet BBB's accreditation standards.

The BBB Standards for Trust are eight principles that summarize important elements of creating and maintaining trust in business. Assets International has affirmed to meet and abide by BBB Standards for Trust.

Based on BBB files, this business has a BBB Rating of A+ on a scale from A+ to F.

BBB has processed no customer complaints on Assets International, ever.

26211 Central Park Blvd., Suite 606 ♦ Southfield, Michigan 48076
Office: 248-557-4960 ♦ Toll Free: 877-327-4199 ♦ Fax: 248-557-4571 or 248-928-0533
www.assets-international.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Michigan Health Care Corporation,   Case No. 95-43295-TJT
                                    Chapter 7
           Debtor.                  Hon. Thomas J. Tucker
_____/

### DECLARATION OF DISINTERESTEDNESS

Michael J. Zwick states as follows:

1. I am the President of Assets International, LLC; and I have authority to sign this Declaration on behalf of the firm.

2. Assets International is well qualified to represent the Trustee in pursing recovery of cash assets and is willing to accept employment on the basis set forth in the employment application.

3. Assets International does not hold any interest adverse to the above estate and is a disinterested person as defined by 11 U.S.C. § 101(14).

4. To the best of my knowledge, Assets International does not have any connections with the Debtor, the Debtor's creditors, or any other parties in interest, including their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

5. Assets International understands that its compensation is subject to court review and approval.

                                      Assets International, LLC

                                      /s/ Michael J. Zwick
                                      26211 Central Park Blvd., Suite 606
                                      Southfield, MI 48076
Date: August 7, 2019                    (248) 557-4960