UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Michigan Health Care Corporation,   Case No. 95-43295-TJT
                                    Chapter 7
                Debtor.             Hon. Thomas J. Tucker
_____/

# EX PARTE ORDER APPROVING TRUSTEE'S
# EMPLOYMENT OF PRIVATE DETECTIVE AGENCY

This matter came before the Court on the Trustee's ex parte application to employ private detective agency Assets International, LLC. The Court has reviewed the application and is satisfied that the same is in good order. The Court is otherwise fully advised in the premises.

IT IS ORDERED as follows:

A. The Trustee's employment of Assets International, LLC under 11 U.S.C. § 328 a contingency fee basis of 25% of the value of the cash assets recovered by Assets International, LLC is approved.

B. All compensation sought by Assets International, LLC is conditioned upon court approval.

**Signed on August 13, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge